Case 2:08-cv-00352-JAM-EFB   Document 5   Filed 03/14/08   Page 1 of 2

1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ISSAC REYES MEDINA,

11          Petitioner,                    No. CIV S-08-0352 LEW EFB P

12       vs.

13   M. D. McDONALD, Warden,

14          Respondents.              ORDER

15   _____/

16        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus.

17   *See* 28 U.S.C. § 2254.  In order to commence a habeas action, a petitioner must either pay the

18   $5.00 filing fee or submit a complete application for leave to proceed *in forma pauperis*.  *See* 28

19   U.S.C. §§ 1914(a), 1915(a)(1).

20        Petitioner has filed an application for leave to proceed *in forma pauperis*.   Such an

21   application consists of "an affidavit that includes a statement of all assets" he or she possesses

22   and that he or she is unable to pay the fees or give security for the costs of commencing suit.  28

23   U.S.C. § 1915(a)(1).  Petitioner has not submitted a complete, signed affidavit.  Thus, his

24   application is incomplete.  He must therefore either pay the filing fee or submit a complete

25   application for leave to proceed *in forma pauperis*.

26   ////

1

1    Accordingly, it hereby is ORDERED that petitioner has 30 days from the date this order

2  is served either to pay the $5.00 filing fee or to submit a complete application for leave to

3  proceed *in forma pauperis*, as required by section 1915(a).  Petitioner's failure to comply with

4  this order will result in a recommendation that this action be dismissed without prejudice.  The

5  Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in*

6  *forma pauperis*.

7  Dated:  March 13, 2008.

8  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2