1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ISSAC REYES MEDINA,

11            Petitioner,              No. CIV S-08-0352 LEW EFB P

12       vs.

13  M.D. McDONALD, Warden, et al.,

14            Respondents.            ORDER

15  _____/

16       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17  U.S.C. § 2254.  On April 21, 2008, petitioner requested an extension of time to pay the filing fee.

18  *See* Fed. R. Civ. P. 6(b).  On May 22, 2208, he submitted the $5.00 filing fee.

19       Good cause appearing, it is ORDERED that petitioner's April 21, 2008, request is

20  granted and the court accepts the filing fee as timely submitted.

21  DATED:  June 12, 2008.

22

23                          EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE
24

25

26